IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WAYNE MCELWAIN,

    Plaintiff,

v.                                                         CASE NO. 5:09-cv-00322-SPM -GRJ

DIRECTOR BUREAU OF PRISONS,
et al,

    Defendants.

_____/

## O R D E R

Plaintiff has filed a complaint against the Director of the Bureau of Prisons (BOP) in Washington, D.C., the Regional Director of the BOP in Philadelphia, Pennsylvania, and the Regional Director of the BOP, in Atlanta, Georgia, alleging that they failed to properly credit his sentence contrary to a federal court order resulting in Plaintiff serving a consecutive, rather than concurrent, state sentence. (Doc. 1).

The complaint has been filed improperly on a form for civil rights violations of 42 U.S.C. §1983. The proper complaint form against federal officials is the complaint form for actions under 28 U.S.C. §1331. Plaintiff also has failed to provide the names of the persons sued as defendants and has failed to provide the full addresses for the regional directors.

Accordingly, it is **ORDERED:**

The Clerk of Court shall mail to Plaintiff a form for prisoners suing under 28

U.S.C. §1331, which Plaintiff shall complete in full, including the names of the persons he is suing and their full addresses, and return the form on or before **January 14, 2011.**

**DONE AND ORDERED** this 27th day of December, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge