IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WAYNE McELWAIN,

    Petitioner,

v.                                CASE NO. 5:09cv322-RH/WCS

DIRECTOR, NORTHEAST REGIONAL
OFFICE, BUREAU OF PRISONS et al.,

    Respondents.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 24. The report and recommendation concludes that the case is moot because the petitioner has obtained the relief he sought. The petitioner has filed a response agreeing with that conclusion. ECF No. 25.

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED as moot." The clerk must close the file.

SO ORDERED on November 23, 2011.

                                            s/Robert L. Hinkle
                                            United States District Judge